IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EDWARD LEE, *et al.*, | § | |
| | § | |
| Defendants Below, | § | |
| Appellants, | § | No. 315, 2024 |
| | § | |
| v. | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| ASHISH CHORDIA, *et al.*, | § | |
| | § | C.A. No. 2023-0382 |
| Plaintiffs Below, | § | |
| Appellees. | § | |

Submitted: February 26, 2025
Decided: March 10, 2025
Revised: March 10, 2025

Before **SEITZ**, Chief Justice; **VALIHURA, TRAYNOR, LEGROW** and **GRIFFITHS**, Justices, constituting the Court *en Banc*.

## ORDER

This 10th day of March 2025, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated January 4, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice